IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| SPRINGFIELD ENGINEERING COMPANY | ) ) ) | |
| Plaintiff, | ) ) | Case No. 6:18-cv-03123-MJW |
| v. | ) ) ) | |
| BIG-D CONSTRUCTION MIDWEST, LLC, *et. al.*, | ) ) ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

Plaintiffs and Defendants, by and through undersigned counsel, and pursuant to the Court's Order (Doc. 45), jointly submit the following status report:

1. Plaintiff Springfield Engineering Company, Inc. ("SECO") and Defendants Big-D Construction Midwest, LLC ("Big-D") and Dairy Farmers of America, Inc. ("DFA") (collectively the "Parties") successfully completed early-assessment mediation on November 7, 2018.

2. As of December 31, 2018, the Parties are still in the process of finalizing a settlement agreement.

3. The Parties respectfully request an additional fourteen days to finalize the settlement agreement.

*Respectfully submitted,*

**SPENCER FANE LLP**

  /s/ Jason C. Smith
Jason C. Smith    Mo. Bar No. 57657
Ben J. Shantz    Mo. Bar No. 70352
**SPENCER FANE LLP**
2144 E. Republic Road, Suite B300
Springfield, MO 65804
Telephone: 417.888.1000
Facsimile: 417.881.8035
jcsmith@spencerfane.com

*Attorneys for Plaintiff Springfield Engineering Company*


**HUSCH BLACKWELL LLP**

By:  /s/ Bryan Wade
Bryan O. Wade, #41939
Ginger K. Gooch, #50302
901 St. Louis Street
Suite 1800
Springfield, MO 65806
Office: (417) 268-4000
Fax No: (417) 268-4040
Bryan.wade@huschblackwell.com
Ginger.gooch@huschblackwell.com

*Attorneys for Defendant Dairy Farmers of America, Inc.*

2

WA 12277222.2

**LEWIS RICE LLC**

By: /s/ Jeremy P. Brummond
Jeremy P. Brummond, #50940, *pro hac vice*
Patrick J. Thornton, #63293
Jerina D. Phillips, #65103, *pro hac vice*

600 Washington Avenue, Suite 2500
St. Louis, MO 63101
jbrummond@lewisrice.com
pthornton@lewisrice.com
jphillips@lewisrice.com
(314) 444-7600 – Phone
(314) 612-1339 – Facsimile

*Attorneys for Defendant Big-D Construction Midwest, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 31st, 2018, counsel for Plaintiff electronically filed the foregoing *Joint Status Report* with the Court's CM/ECF system which provides notification to all counsel of record.

*Jason C. Smith*

4

WA 12277222.2

Case 6:18-cv-03123-BP   Document 46   Filed 12/31/18   Page 4 of 4